AO 91 (Rev. 5/85) Criminal Complaint     YOUNG / ARRESTED 07/26/2016     This form was electronically produced via OmniForm

FILED

# United States District Court

JUL 27 2016

WESTERN DISTRICT OF TEXAS

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

**Clarence LOVELL**
**Willie SAMPSON**

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:16-MJ-317

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 25, 2016__ in __MIDLAND__ county, in the __WESTERN__ District of __TEXAS__, defendant(s) did, (Trace Statutory Language of Offense)

**did knowingly and intentionally aid and abett each other to possessed a firearm to wit: : 9mm Ruger SR95 (Serial #32720436 manufactured in Southport, Conneticut) after having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense, (LOVELL) Burglary of Building-SJF in the 70th District Court Odessa - Charge #0101395434 on 5/3/10 & (SAMPSON) Burglary in Camden County Superior Court - Charge #88362509932002 on 9/16/09.**

in violation of Title __18__, United States Code, Section(s) __922 (g)(1) and 2__.

I further state that I am a(n) __Task Force Officer__ and that this complaint is based on the following facts:
                                   Official Title

**SEE ATTACHMENT**

Continued on the attached Sheet and made a part hereof:   ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn before me and subscribed in my presence,

7/27/16                                   at    **Midland Texas**
Date                                              City and State

**U.S. MAGISTRATE JUDGE DAVID COUNTS**        _____
Name and Title of Judicial Officer             Signature of Judicial Officer

## AFFIDAVIT

I, James Dolan, a Detective with the Midland Texas Police Department, currently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO), being duly sworn state:

1. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 11 ½ years and have participated in numerous narcotics investigations involving firearms violations. I have also attended courses based on investigating Narco-Terrorism and interdiction. In addition, I have operated in an undercover capacity during investigations where narcotics were purchased.

2. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Clarence Edward LOVELL and Willie James SAMPSON,** aided and abetted by each other, did knowingly and intentionally possessed a firearm to wit: 9mm Ruger SR95 (Serial #32720436 manufactured in Southport, Connecticut.) which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g) (1), after having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense, (LOVELL) Burglary of

1

Building-SJF in the 70th District Court Odessa - Charge #0101395434 on 5/3/10 & (SAMPSON) Burglary in Camden County Superior Court - Charge #88362509932002 on 9/16/09.

3. On July 7 2016 Officers with the Midland Police Department took a Burglary of Habitation report (160707042) at 2805 Shandon in Midland, Texas. One of the items taken was a 9mm Ruger SR95 (S/N-32720436).

4. On July 25, 2016 Officers with the Midland Police Department responded to a Burglary of Habitation in progress at 400 Crenshaw. The complaint who was a neighbor to the victim at 400 Crenshaw observed the suspects committing the burglary and confronted them. At this time a confrontation ensued and both the driver and the passenger of the vehicle fired four shots at the complainant and drove away. When Officers arrived they noticed that the complainant's vehicle had been shot two times by the suspects who were identified as black male subject and a white male subject. The complaint then provided a license plate and description of the vehicle involved in the Burglary.

5. Through further investigation a possible address was developed for one of the suspects (LOVELL). Contact was made with LOVELL when Officers observed LOVELL he was had unloaded a washer from the bed of a truck that matched the description of the incident on Crenshaw. When Officers made contact with LOVELL they in fact confirmed that the washer had been stolen earlier that day in a separate Burglary of Habitation.

6. Based on this information Detectives spoke with LOVELL, prior to the interview LOVELL was read his *Miranda* warning, which he advised he understood. During the interview LOVELL stated that he was present at a Burglary of Habitation (160712027) when 5 firearms were stolen during a Burglary of Habitation. LOVELL also stated that he was the driver during the confrontation earlier in the day when the passenger did in fact shoot at the complainant. LOVELL denied firing a weapon at the complaint.

7. LOVELL stated that the passenger was a Willie SAMPSON and that the firearm that was used to shoot at the compliant was a 9mm Ruger pistol with a laser on the front. LOVELL then admitted to breaking into approximately 10-12 residences in Midland County over the past two weeks. LOVELL then provided a location of where Detectives could locate SAMPSON, Detectives at this time conducted surveillance on this residence 1309 E. Maple. During the surveillance a black male fitting the SAMPSON's description exited the residence and Detectives made contact with him. While speaking with SAMPSON, he lied about his name at first and was detained pending the investigation.

8. Offices then went to SAMPSON's residence and mad contact with a LaShana HINES who gave Offices consent to come into the residence. During a protective sweep Officers located a 9mm Ruger. At this time Detectives secured the residence, typed and applied for a state search warrant. The search warrant was read, signed and issued by County Court at Law Judge Kyle Peeler.

9. During the search Officers located 3 shotguns, the 9mm Ruger handgun and misc. items that were linked to approximately 5 burglaries in Midland, Texas.

10. Based on my training, expertise and experience, I believe **Clarence Edward LOVELL and Willie James SAMPSON** aided and abetted by each other did knowingly and intentionally possessed a firearm to wit: a : 9mm Ruger SR95 (Serial #32720436 manufactured in Southport, Connecticut.) which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g) (1), after having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense, (LOVELL) Burglary of Building-SJF in the 70th District Court Odessa - Charge #0101395434 on 5/3/10 & (SAMPSON) Burglary in Camden County Superior Court - Charge #88362509932002 on 9/16/09.

_____  
James Dolan  
Task Force Officer  
Drug Enforcement Administration

Sworn to and subscribed before me in my presence.

_____  
David Counts  
United States Magistrate Judge

7/27/16  
Date

7/27/16  
Date

4